IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-74 |
| Plaintiff, | The Honorable Anthony J. Trenga |
| v. | Trial: July 26, 2021 |
| KEVIN N. SMITH, | |
| Defendant. | |

**KEVIN SMITH'S MOTION *IN LIMINE* TO PRECLUDE REDUNDANT, IMMATERIAL, CONFUSING, MISLEADING, AND PREJUDICIAL TESTIMONY REGARDING THE FEDERAL ACQUISITON REGULATIONS, THE SYSTEM FOR AWARD MANAGEMENT, AND NASA CONTRACTING**

Mr. Kevin Smith, by and through counsel, pursuant to Rules 401 and 403 of the Federal Rules of Evidence, respectfully moves this Court to preclude redundant, immaterial, confusing, misleading, and prejudicial testimony regarding the Federal Acquisition Regulations ("FAR"), the System for Award Management, and National Aeronautics and Space Administration ("NASA") contracting. This Motion is supported by a Memorandum in Support.

Respectfully submitted,

_____/s/_____
Jonathan Jeffress (#42884)
Amelia Schmidt (admitted *pro hac vice*)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: aschmidt@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Kevin N. Smith*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July 2021, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress