IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

KEVIN N. SMITH,

Defendant.

Criminal No. 1:20-cr-74

## Verdict Form

We, the jury, find the defendant, Kevin N. Smith:

### Count 1

With respect to Count One, Conspiracy to Commit Wire Fraud, we find the defendant, Kevin N. Smith:

✓ Guilty Beyond a Reasonable Doubt

___ Not Guilty

*If the verdict on Count One above is "Guilty Beyond a Reasonable Doubt," please answer the questions below:*

Do you find, by a preponderance of the evidence, that venue exists on Count One as the result of the defendant transmitting a false certification to GSA servers located within the Eastern District of Virginia?

✓ Yes

___ No

Do you find, by a preponderance of the evidence, that venue exists on Count One as the result of the defendant causing another to access a false certification on GSA servers located within the Eastern District of Virginia?

✓ Yes

___ No

Do you find, by a preponderance of the evidence, that venue exists on Count One as the result of payment-related interstate wire communications being sent to, from, or through the Eastern District of Virginia?

_____✓_____            _____
     Yes                         No

**Counts 2–7**

Based on the charges of wire fraud as alleged in Counts 2–7, we find the defendant, Kevin N. Smith:

| Count | Guilty Beyond a Reasonable Doubt | Not Guilty |
|---|---|---|
| Two | ✓ | |
| Three | | ✓ |
| Four | ✓ | |
| Five | ✓ | |
| Six | ✓ | |
| Seven | ✓ | |

Please place a checkmark in the appropriate boxes above to indicate your verdict on each count.

UNITED STATES V. KEVIN N. SMITH
Criminal No. 1:20-cr-74

_____8/3/21_____            _____[redacted]_____
       DATE                         SIGNATURE OF FOREPERSON

                                    _____[redacted]_____
                                    PRINTED NAME OF FOREPERSON

2